**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | **CRIMINAL NO. 08-__________** |
| **v.** | : | **DATE FILED:__________** |
| **YOURWAY TRANSPORT, INC.** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1001 (false statements to the Transportation Security Administration - 2 counts)** |

## INFORMATION

## COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about December 2, 2006, in the Eastern District of Pennsylvania, defendant

**YOURWAY TRANSPORT, INC.,**

in a matter within the jurisdiction of the United States Department of Homeland Security, Transport Security Administration ("TSA"), an agency of the executive branch of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, in that defendant YOURWAY TRANSPORT, INC., backdated and provided to TSA security documents with a date of January 30, 2006, stating that a security process required by the Indirect Air Carrier Standard Security Program had been completed prior to a cargo transport transaction, when in fact, as the defendant knew, the security process had not been completed, nor the required documents signed, until November 30, 2006, well after the cargo transport transaction had already occurred.

In violation of Title 18, United States Code, Section 1001.

**COUNT TWO**

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about December 18, 2006, in the Eastern District of Pennsylvania, defendant

**YOURWAY TRANSPORT, INC.,**

in a matter within the jurisdiction of the United States Department of Homeland Security, Transport Security Administration ("TSA"), an agency of the executive branch of the United States, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, in that defendant YOURWAY TRANSPORT, INC., backdated and provided to TSA security documents with a date of January 30, 2006, stating that a security process required by the Indirect Air Carrier Standard Security Program had been completed prior to a cargo transport transaction, when in fact, as the defendant knew, the security process had not been completed, nor the required documents signed, until November 30, 2006, well after the cargo transport transaction had already occurred.

In violation of Title 18, United States Code, Section 1001.

**LAURIE MAGID**
**Acting United States Attorney**